1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
8                                        AT SEATTLE

9    SHAREBUILDER SECURITIES
     CORPORATION,
10
                    Plaintiff,                          Case No.  C05-1568RSL
11
            v.                                          ORDER DENYING REQUEST TO
12                                                      ALTER COURT DATES
     KATHERINE RUDY, *et al.*
13
                    Defendants.
14

15

16

17          This matter comes before the Court on a letter sent by defendant Katherine Putnam, also

18   known as Katherine Rudy.  In the letter, defendant is "asking the court . . . if we can possibly

19   have the court date moved to a future date."[1]  The Court construes the request as a motion, but

20   denies the motion.

21          If defendant seeks relief from this Court, she must file a motion, and the motion must

22   comply with the Federal Rules of Civil Procedure and the Local Rules, particularly Local Rules

23   7 and 10.  The Local Rules can be accessed on the Court's website at www.wawd.uscourts.gov.

24   Furthermore, defendant's request is too vague to notify the Court and plaintiff regarding what is

25

26
            [1] Defendant also requests that the Court appoint counsel, which the Court will address in
27   a separate order.

28   ORDER DENYING REQUEST - 1

1  sought.  If defendant seeks an extension of a pending deadline or date, her motion should specify

2  the date(s) and provide good cause for an extension.

3

4        DATED this 5th day of January, 2007.

5

6

7        *MWS Lasnik*

8        Robert S. Lasnik
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER DENYING REQUEST - 2