UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAREBUILDER SECURITIES
CORPORATION,

    Plaintiff,

    v.

KATHERINE RUDY, *et al.*

    Defendants.

Case No. C05-1568RSL

ORDER DENYING REQUEST
TO APPOINT A MEDIATOR

This matter comes before the Court on the parties' agreed motion to appoint a mediator at no cost to them pursuant to Local Rule 39.1. (Dkt. #21). The Court will not require a mediator to mediate this case on a *pro bono* basis. Instead, based on defendant's representations regarding her limited finances and her out of state residence, the Court waives the mediation requirement in this case.

Accordingly, the parties' motion for appointment of a mediator at no cost is DENIED.

DATED this 19th day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST
TO APPOINT A MEDIATOR